**ELIZABETH HORSMAN**
Assistant U.S. Attorney
U.S. Attorney's Office
901 Front Street, Suite 1100
Helena, MT 59626
Phone: (406) 457-5269
FAX: (406) 457-5130

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

FILED
BILLINGS, MT
2006 APR 21  AM 9 57
PATRICK E. DUFFY, CLERK
BY T. Ocuitt
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

## GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | CR - 06 - 36 - GF - SEH |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | **MISUSE OF A SOCIAL SECURITY NUMBER**<br>Title 42 U.S.C. § 408 (a)(7)(B)(Count I)<br>(Penalty: Two years imprisonment, $250,000 fine, and one year supervised release) |
| **DARREN WILLIAM LEHUNE,** | |
| Defendant. | **WIRE FRAUD**<br>Title 18 U.S.C. § 1343 (Count II)<br>(Penalty: 30 years imprisonment, $1,000,000 fine, and five years supervised release) |
| | **AGGRAVATED IDENTITY THEFT** Title 18 U.S.C. § 1028A (a)(1)(Counts III, V)<br>(Penalty: Two years imprisonment in addition to punishment for underlying felony) |
| | **BANK FRAUD**<br>Title 18 U.S.C. § 1344 (Count IV)<br>(Penalty: 30 years imprisonment, $1,000,000 fine, and five years supervised release) |

|  | INTERSTATE TRANSPORTATION OF STOLEN VEHICLE<br>Title 18 U.S.C. § 2312 (Count VI)<br>(Penalty: Ten years imprisonment, $250,000 fine, and three years supervised release)<br><br>INTERSTATE TRANSPORTATION OF STOLEN VEHICLE<br>Title 18 U.S.C. § 2312 (Count VII)<br>(Penalty: Ten years imprisonment, $250,000 fine, and three years supervised release) |
|---|---|

THE GRAND JURY CHARGES:

## COUNT I

From on or about October 25, 2004, and continuing to on or about December 12, 2004, at Chinook, Blaine County, in the State and District of Montana, and other places, the defendant, DARREN WILLIAM LEHUNE, did, with the intent to deceive, falsely represent to his employer a number to be the Social Security account number assigned to him by the Commissioner of Social Security when, in fact, such is not the Social Security number assigned to him by the Commissioner of Social Security, in violation of 42 U.S.C. § 408(a)(7)(B).

## COUNT II

From on or about December 14, 2004, and continuing until on or about March 4, 2005, at Roundup, Musselshell County, in the State and District of Montana, and other places, the defendant, DARREN WILLIAM LEHUNE, knowingly devised a material scheme or artifice to defraud, or obtain money or property by causing to be transmitted by wire communication in interstate commerce, writing, signs, pictures or sounds for the purpose of executing such scheme or artifice, by his making of false statements as to identity,

identifying information, employment, wages and other material fact, in an application to the General Motors Acceptance Corporation (GMAC) for financing the purchase of a vehicle, specifically a 2005 Chevrolet 2500 pickup truck, vehicle identification number IGCHR29U55E135760, in violation of 18 U.S.C. § 1343.

## COUNT III

On or about December 14, 2004, at Roundup, Musselshell County, in the State and District of Montana, the defendant, DARREN WILLIAM LEHUNE, did knowingly use, without lawful authority, a means of identification of another person, that is, the name and Social Security number of *David W. Bernert*, during and in relation to a felony violation of 18 U.S.C. § 1343, concerning wire fraud, in violation of 18 U.S.C. § 1028A(a)(1).

## COUNT IV

On or about December 29, 2004, at Butte, Silver Bow County, in the State and District of Montana, the defendant, DARREN WILLIAM LEHUNE, did knowingly execute a material scheme or artifice to obtain moneys or funds owned by or under the custody and control of a federally insured financial institution, that is, Eaglemark Savings Bank, by means of false or fraudulent pretenses, representations and promises, by making statements known by him to be false as to identity, identifying information, employment, wages, and other material facts, in the purchase of a vehicle, specifically a 2005 Harley-Davison motorcycle, vehicle identification number 1HD1FVW155Y618566, in violation of 18 U.S.C. § 1344.

COUNT V

On or about December 14, 2004, at Roundup, Musselshell County, in the State and District of Montana, the defendant, DARREN WILLIAM LEHUNE, did knowingly use, without lawful authority, a means of identification of another person, that is, the name, date of birth and Social Security number of *David W. Bernert*, during and in relation to a felony violation of 18 U.S.C. § 1344, concerning bank fraud, in violation of 18 U.S.C. § 1028A(a)(1).

COUNT VI

Between on or about December 14, 2004 and March 4, 2005, in the State and District of Montana, and other places, the defendant, DARREN WILLIAM LEHUNE, did knowingly transport in interstate commerce a stolen motor vehicle, specifically a 2005 Chevrolet 2500 pickup truck, serial number IGCHR29U55E135760, by taking it from Roundup, Montana, to Gillette, Wyoming, and other places, knowing or having reason to know that the vehicle was in fact stolen, in violation of 18 U.S.C. § 2312.

COUNT VII

That between December 29, 2004 and April 1, 2005, in the State and District of Montana, and other places, the defendant, DARREN WILLIAM LEHUNE, did knowingly transport in interstate commerce a stolen motor vehicle, specifically a 2005 Harley-Davidson motorcycle, vehicle identification number 1HD1FVW155Y618566, by taking it from Butte, Montana, to Wyoming, Texas, and other places, knowing or having reason to know that the vehicle was in fact stolen, in violation of 18 U.S.C. § 2312.

A TRUE BILL.

_____
FOREPERSON

_____
WILLIAM W. MERCER
United States Attorney

_____
CARL E. ROSTAD
Criminal Chief Assistant U.S. Attorney

Crim. Summons _____
Warrant: ✓
Bail ___ Custody