RECEIVED
HELENA, MT

2006 NOV 13 PM 4 31

PATRICK E. DUFFY
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# GREAT FALLS DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DARREN WILLIAM LEHUNE,<br><br>Defendant. | CR 06-36-GF-SEH<br><br>**Writ of Habeas Corpus (for prosecution)** |
|---|---|

To: Warden, Rolling Plains Detention Center, Rolling Plains, Texas; the United States Marshal for the District of Wyoming; and the United States Marshal for the District of Montana

YOU ARE HEREBY COMMANDED to bring DARREN WILLIAM LEHUNE, who is presently a Wyoming prisoner in the custody of the Rolling Plains Detention Center, Rolling Plains, Texas, before the Honorable Carolyn S. Ostby, United States Magistrate Judge of the United States District Court for the State and District of Montana, at the

SCANNED

courtroom of the United States District Court, Great Falls, Montana, at 2:00 p.m., on the 13th day of December, 2006, for such purposes as the court may determine, and upon conclusion of all proceedings, DARREN WILLIAM LEHUNE shall be returned to the custody of the United States Marshal.

WITNESS the Honorable Carolyn S. Ostby, United States Magistrate Judge, at Great Falls, Montana, this _14_ day of November, 2006.

                                             Patrick E. Duffy, Clerk
                                             Clerk

                                           _/s/ Marilyn Sersa_
                                           Deputy Clerk