ANTHONY R. GALLAGHER
Federal Defender
Federal Defenders of Montana
Great Falls Office
P.O. Box 3547
Great Falls, Montana 59403-3547
anthony_gallagher@fd.org
Phone: (406) 727-5328
Fax: (406) 727-4329

Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MONTANA**

**GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DARREN WILLIAM LEHUNE,<br><br>Defendant. | Case No. CR-06-36-GF-SEH<br><br>**DEFENDANT'S NOTICE OF RECEIPT OF DISCOVERY AND RESPONSE TO REQUEST FOR RECIPROCAL DISCOVERY** |

NOTICE IS HEREBY GIVEN that Darren William Lehune, by and through his Counsel, Anthony R. Gallagher, Federal Defender, and the Federal Defenders of Montana, received discovery bate stamped with Government numbers 100001 to 100275.

In response to Government's request for Reciprocal Discovery the defense states:

a.    At the present time, Defense Counsel does not have any results or reports of any physical or mental examination, or of scientific tests and experiments.

b.    Defendant has requested disclosure of expert witnesses and summaries under Rule

       16(a)(1)(E).  Upon compliance by the Government, the Defendant will provide a summary, as required by Rule 16(b)(1)(C), for any and all expert witnesses the Defendant intends to use at trial. [The Defendant has no expert witnesses at this time.]

c.     Defense Counsel shall notify the Government if and when Defense Counsel obtains discoverable evidence or material.

RESPECTFULLY SUBMITTED this 22nd day of December, 2006.

          /s/ Anthony R. Gallagher
          ANTHONY R. GALLAGHER
          Federal Defenders of Montana
          Counsel for Defendant

CERTIFICATE OF SERVICE
L.R. 5.2(b)

I hereby certify that on December 22, 2006, a copy of the foregoing document was served on the following persons by the following means:

<u>  1, 2  </u>  CM-ECF

<u>        </u>  Hand Delivery

<u>   3    </u>  Mail

<u>        </u>  Overnight Delivery Service

<u>        </u>  Fax

<u>        </u>  E-Mail

1. CLERK, UNITED STATES DISTRICT COURT

2. ELIZABETH A. HORSMAN
   Assistant United States Attorney
   United States Attorney's Office
   901 Front Street, Suite 1100
   Helena, MT 59626
       Counsel for the United States of America

3. DARREN WILLIAM LEHUNE
   Cascade County Regional Detention Facility
   3800 Ulm North Frontage Road
   Great Falls, MT 59404
       Defendant

                                    /s/ Anthony R. Gallagher
                                    ANTHONY R. GALLAGHER
                                    Federal Defenders of Montana
                                        Counsel for Defendant