ANTHONY R. GALLAGHER
Federal Defender
Federal Defenders of Montana
Great Falls Office
P.O. Box 3547
Great Falls, Montana 59403-3547
anthony_gallagher@fd.org
Phone: (406) 727-5328
Fax: (406) 727-4329

Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# GREAT FALLS DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DARREN WILLIAM LEHUNE,<br><br>Defendant. | Case No. CR-06-36-GF-SEH<br><br>**DEFENDANT'S NOTICE OF RECEIPT OF ADDITIONAL DISCOVERY** |
|---|---|

NOTICE IS HEREBY GIVEN that Darren William Lehune, by and through his Counsel, Anthony R. Gallagher, Federal Defender, and the Federal Defenders of Montana, received additional discovery bate stamped with Government numbers 100276 to 100677.

RESPECTFULLY SUBMITTED this 27nd day of December, 2006.

      /s/ Anthony R. Gallagher
ANTHONY R. GALLAGHER
Federal Defenders of Montana
Counsel for Defendant

CERTIFICATE OF SERVICE
L.R. 5.2(b)

I hereby certify that on December 27, 2006, a copy of the foregoing document was served on the following persons by the following means:

  1, 2   CM-ECF

\_\_\_\_\_ Hand Delivery

   3    Mail

\_\_\_\_\_ Overnight Delivery Service

\_\_\_\_\_ Fax

\_\_\_\_\_ E-Mail

1. CLERK, UNITED STATES DISTRICT COURT

2. ELIZABETH A. HORSMAN
   Assistant United States Attorney
   United States Attorney's Office
   901 Front Street, Suite 1100
   Helena, MT 59626
        Counsel for the United States of America

3. DARREN WILLIAM LEHUNE
   Cascade County Regional Detention Facility
   3800 Ulm North Frontage Road
   Great Falls, MT 59404
        Defendant

      /s/ Anthony R. Gallagher
     ANTHONY R. GALLAGHER
     Federal Defenders of Montana
         Counsel for Defendant